IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES HARTMAN,

     Appellant,

v.
                                      Case No. 5D16-513

S.C. WHITE, JR.,

     Appellee.

_____/

Opinion filed May 10, 2016

Non-Final Appeal from the
Circuit Court for Volusia
County,
Dawn Fields, Judge.

Charles Hartman, Raiford, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Mark S. Urban, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

AFFIRMED. See Fla. R. App. P. 9.315(a).

PALMER, EVANDER, and WALLIS, J.J., concur.